| | |
|---|---|
| **WO** | MDR |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Monty Dukepoo, | ) | No. CV 10-1216-PHX-RCB (MHB) |
| Plaintiff, | ) | **ORDER FOR PAYMENT** |
| vs. | ) | **OF INMATE FILING FEE** |
| Officer Prewitt, et al., | ) | |
| Defendants. | ) | |

**TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS**

Plaintiff Monty Dukepoo, inmate #78293, who is confined in the Arizona State Prison Complex-Eyman, must pay the statutory filing fee of $350.00. Plaintiff has paid an initial filing fee of $348.37 and is not assessed an additional initial partial filing fee. Plaintiff must pay the remainder of the filing fee—$1.67—in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Director of the Arizona Department of Corrections or his designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) The Director of the Arizona Department of Corrections or his designee must collect the remainder of the $350.00 filing fee—$1.67—from Plaintiff's trust account in monthly payments of 20% of the preceding month's income the account. Payments must be

1 forwarded to the Clerk of Court each time the amount in the account exceeds $10.00. The
2 payments must be clearly identified by the name and number assigned to this action.

3     (2) The Director of the Arizona Department of Corrections or his designee must
4 notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional
5 institution other than the Arizona Department of Corrections, so new billing arrangements
6 may be made to collect any outstanding balance.

7     (3) The Clerk of Court must serve by mail a copy of this Order on the Director of
8 the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

9     (4) The Clerk of Court must forward a copy of this Order to Financial
10 Administration for the Phoenix Division of the United States District Court for the District
11 of Arizona. Financial Administration must set up an account to receive payments on the
12 filing fee for this action and must notify the Court when the filing fee is paid in full.

13 DATED this 15th day of August, 2010.

Robert C. Broomfield
Senior United States District Judge